Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52680.**—Tuteur Bio Chemicals, Inc. *v.* United States, protests 137887–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52681.**—Burroughs Wellcome & Co., Inc., et al. *v.* United States, protests 140314–K, etc. (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52682.**—European Chemical & Metal Co. *v.* United States, protest 141597–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52683.**—Associated Merchandising Corp. et al. *v.* United States, protests 135230–K, etc. (New York).

Opinion by Cole, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, NOVEMBER 17, 1948

**No. 52684.**—Samuel S. Perry *v.* United States, protests 792809–G and 922749–G (San Francisco).